IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| **CORAL GROUP, INC. And** | ) | |
| **SENTIS GROUP, INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| vs. | ) | Civil Case No. 05-0633-CV-W-DW |
| **SHELL OIL COMPANY, ET AL.** | ) | |
| | ) | |
| **Defendant** | ) | |

__X__  **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: The case is therefore DISMISSED WITH PREJUDICE.

June 14, 2007                                             Patricia Brune
Date                                                              Clerk
                                                    By:  /s/ Y. Johnson
                                                           Deputy Clerk